AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST <br> *Plaintiff* <br> v. <br> ETREPPID TECHNOLOGIES, LLC et al. <br> *Defendant* <br> AND ALL RELATED MATTERS | Civil Action No. 3:06-CV00056-PMP-VPC <br> Base File <br><br> 3:06-CV-00145-PMP-VPC |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___12/16/2008___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 2/13/12

CLERK OF COURT

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DENNIS MONTGOMERY and the
MONTGOMERY FAMILY TRUST,

    Plaintiffs,

v.

ETREPPID TECHNOLOGIES, LLC;
WARREN TREPP; and the UNITED
STATES DEPARTMENT OF DEFENSE,

    Defendants.

AND ALL RELATED MATTERS.

3:06-CV-00056-PMP-VPC
BASE FILE

3:06-CV-00145-PMP-VPC

JUDGMENT

In accordance with this Court's prior Orders (Doc. #502, #584, #862), Judgment is hereby entered in favor of interested party Michael Flynn, Esq. and against Dennis Montgomery, Brenda Montgomery, and the Montgomery Family Trust in the amount of $628,812.15, consisting of $601,901.97 in attorney's fees and $26,910.18 in costs.

IT IS SO ORDERED.

DATED: December 16, 2008

I hereby attest and certify on 2/13/12
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

PHILIP M. PRO
United States District Judge